UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:09-CR-14-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| AL KENDALL SPENCER | |

On motion of the Defendant, Al Kendall Spencer, and for good cause shown, it is hereby ORDERED that the **[DE 46]** be sealed until further notice by this Court.

SO ORDERED. This 18 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge